Submitted on record and briefs March 30, affirmed August 1, petition for review denied November 21, 2007 (343 Or 467)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KENNETH JAMES LAKIN,
*Defendant-Appellant.*

Deschutes County Circuit Court
MI041955; A127242

164 P3d 350

Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, and Kristin Carveth, Deputy Public Defender, Office of Public Defense Services filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Robert M. Atkinson, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, and Sercombe,* Judges.

PER CURIAM

---

* Sercombe, J., *vice* Deits, J. pro tempore.